GARY E. REBENSTORF
City Attorney
MICHAEL L. NORTH
Assistant City Attorney
City Hall─13th Floor
455 N. Main
Wichita, KS  67202
(316) 268-4681

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARIO KARAGIANIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07CV1192-MLB |
| ) | |
| CITY OF WICHITA, KANSAS, CHIEF ) | |
| NORMAN WILLIAMS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER FOR MEDICAL RECORDS

NOW ON THIS 26th day of November 2007, this matter comes on for hearing upon the Motion of Defendants, City of Wichita, Norman Williams, Jesse Boomer and Jerry Manuel. (Doc. 17.)  Defendants appear by Michael L. North, Assistant City Attorney.  The plaintiff appears by and through his legal counsel, Clinton Patty.

After reviewing the files and hearing statements of counsel, the Court finds and orders that Plaintiff's treating hospitals, doctors, psychologists, clinics or other health care providers having records, reports, bills, statements, x-rays or other documents pertaining to be and the same hereby are ordered to make said documents available for inspection by attorneys of record for the plaintiff and defendant herein, and to allow copies of the same to be made at the expense of the party

1

requesting such reproduction:

        IT IS SO ORDERED.


        <u>  s/   Donald W. Bostwick</u>
        United States Magistrate Judge


**APPROVED:**


By:   <u>/s/ Clint Patty</u>
      Frieden & Forbes
      555 South Kansas Avenue, Suite 303
      Topeka, Ks. 66603
      Attorney for Plaintiff


      OFFICE OF THE CITY ATTORNEY

By:   <u>/s/ Michael L North</u>
      Michael L. North #09656
      City Hall - 13th Floor
      455 North Main Street
      Wichita, Kansas 67202
      Attorney for Defendant